NUMBER 13-09-00590-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ARNOLD ANTHONY MENDEZ, APPELLANT,


v.



LINDA RENEE MENDEZ , APPELLEE. 

_____________________________________________________________


On Appeal from the 105th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, Arnold Anthony Mendez, perfected an appeal from a judgment rendered
against him in favor of appellee, Linda Renee Mendez. On October 29, 2009, the Clerk
of this Court notified appellant that the clerk's record in the above cause was originally due
on October 12, 2009, and that the deputy district clerk, Arnold Garcia, had notified this
Court that appellant failed to make arrangements for payment of the clerk's record. The
Clerk of this Court notified appellant of this defect so that steps could be taken to correct
the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this
notice, the appeal would be dismissed for want of prosecution. 

 On December 7, 2009, the Clerk of the Court notified appellant that he was
delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that
the appeal was subject to dismissal if the filing fee was not paid within ten days from the
date of this letter. See id. 42.3(b),(c). 

 Appellant has failed to respond to this Court's notices and has failed to pay the filing
fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. See Tex.
R. App. P. 42.3(b), (c). 

 

 PER CURIAM

Delivered and filed 

the 17th day of December, 2009.